24TH JUDICIAL DISTRICT CRIMINAL COURT

VERSUS

CLARENCE GIBSON

NO. 24-KH-471

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 11, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CLARENCE GIBSON

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**WRIT DENIED**

Relator was charged with aggravated rape of a known juvenile in violation of La. R.S. 14:42.  In 2009, after a jury trial, he was convicted of the lesser included offense of sexual battery, in violation of La. R.S. 14:43.1, and sentenced to 25 years of imprisonment at hard labor.  Relator's conviction and sentence were reviewed and upheld by this Court and the Louisiana Supreme Court.  *State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814.

On October 9, 2024, relator filed this writ application asserting this Court is currently reviewing the trial court's 2009 ruling denying his "Motion for New Trial and for Post-Verdict Judgment of Acquittal," because it was never previously appealed.  He mentions one of the issues in his motion pertaining to a juror, but does not request any particular relief.

24-KH-471

A review of our records reveals there is no pending appeal in this matter. Accordingly, the relief relator seeks through this writ application is unclear. Because relator has not presented anything for this Court to review and also fails to comply with U.R.C.A., Rules 4-2, 4-3, and 4-5, this writ application is denied.

Gretna, Louisiana, this 11th day of October, 2024.

**FHW**
**SMC**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/11/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-471**

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Clarence Gibson #366576 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748